IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-14-0580 |
| RICHARD SMITH, | * | |
| *Defendant.* | * | |

\* * * * * * * * * * * * * *

## MEMORANDUM ORDER

Presently pending before the Court is the Defendant's Motion for Early Termination of Supervised Release (ECF No. 669). That Motion is unopposed by the U.S. Probation Office. However, the Government has reiterated its opposition to any reduction in this case. (ECF No. 619.)

The Defendant was originally sentenced by Judge William D. Quarles of this Court[1] to 144 months of incarceration to be followed by 4 years of supervised release. (ECF Nos. 347; 349.) On November 2, 2022, this Court granted the Defendant's Motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018 and reduced the Defendant's sentence to 93 months (ECF No. 613). That reduction essentially amounted to a reduction to time served.

---

[1] Upon the retirement of Judge Quarles, this matter was transferred to the undersigned Judge of this Court on April 21, 2016.

1

The Defendant has now completed over two years of supervised release since being released from custody. He has remained engaged and compliant with all conditions of supervised release, which is currently set to expire on November 3, 2026. Since his release, he has been gainfully employed and self-sufficient.

Accordingly, IT IS HEREBY ORDERED this 19th day of December 2024 that the Motion for Early Termination of Supervised Release (ECF No. 669) is GRANTED and his period of supervised release is hereby TERMINATED.

Dated: December 19, 2024

/s/
_____
Richard D. Bennett
United States Senior District Judge